UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| ROBERTO GORDON,<br><br>        Petitioner,<br><br>   v.<br><br>L.E. SCRIBNER, et al.,<br><br>        Respondents. | ) CV 07-6034-VBF (SH)<br>)<br>) JUDGMENT<br>)<br>)<br>)<br>)<br>)<br>) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: June 23, 2009

*Valerie Baker Fairbank*
VALERIE B. FAIRBANK
UNITED STATES DISTRICT JUDGE

1